**Dismissed; Opinion Filed March 27, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01450-CV

### THEODIST R. THOMAS, Appellant
### V.
### C & C RESIDENTAL PROPERTIES, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06257-C**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Stoddart

The clerk's record in this case is past due. By letter dated February 12, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so could result in the dismissal of this appeal. To date, the clerk's record has not been filed and appellant has not provided the required documentation regarding the clerk's record nor otherwise corresponded with the Court.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE


171450F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THEODIST R. THOMAS, Appellant

No. 05-17-01450-CV      V.

C & C RESIDENTAL PROPERTIES, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas

Trial Court Cause No. CC-17-06257-C.

Opinion delivered by Justice Stoddart.

Justices Francis and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee C & C RESIDENTAL PROPERTIES recover its costs of this appeal from appellant THEODIST R. THOMAS.

Judgment entered this 27th day of March, 2018.